UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Christopher M. Henderson, Attorney at Law, Bar No. 10078 | Case No. 2:23-ms-00013 ORDER OF SUSPENSION |

On March 2, 2023, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of March 6, 2023. The OSC provided Mr. Henderson with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Henderson. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Christopher M. Henderson, Bar No. 10078, is hereby suspended from practice in United States District Court for the District of Nevada.

DATED THIS 5th Day of April 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 6th day of April 2023, I caused to be served a true and correct copy of the foregoing Order of Suspension to the  following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

Christopher M. Henderson
801 S. 4th St.
Las Vegas, NV 89101

Certified Mail No.: 7020 3160 0000 7420 3562

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada